**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Casey Kuntz, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Toyota Material Handling, Inc., and | ) | |
| Lift Pro Equipment Co. Inc., | ) | |
| | ) | Case No. 1:24-cv-041 |
| Defendants. | ) | |

---

**IT IS ORDERED**:

A mid-discovery status conference will be held on December 2, 2024, at 10:00 AM by telephone before the magistrate judge.  To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581.  The conference may be recorded for the convenience of the court.

Dated this 15th day of April, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court