IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Casey Kuntz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lift Pro Equipment Co. Inc., et al., | ) | Case No. 1:24-cv-041 |
| | ) | |
| Defendants. | ) | |

On June 2, 2025, the court held a mid-discovery status conference in the above-captioned action. For the reasons discussed above, the court shall reschedule the final pretrial conference and jury trial as follows:

(1) The final pretrial conference on April 14, 2026, shall be rescheduled for January 12, 2027, at 9:00 AM by telephone. To participate, the parties should call (571) 353-2301 and enter 292466149 follows by # when prompted for the "Call ID."

(2) The jury trial on April 27, 2026, shall be rescheduled for January 25, 2027, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A five (5) day trial is anticipated.

The parties shall have ten days from the date of this order to submit an amended scheduling and discovery plan for the court's review. The parties should email their proposed amended plan to ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court